283 F.2d 518
 V. Lee PHILLIPS, Dist. Dir. of Int. Rev., et al., Appellant
v.
WOLVERINE INSURANCE COMPANY et al.
 No. 16152.
 United States Court of Appeals Eighth Circuit.
 Aug. 10, 1960.
 
 Appeal from the United States District Court for the Northern District of Iowa.
 Charles K. Rice, Asst. Atty. Gen., for appellants.
 Charles F. Stilwill and Kenneth T. Wilson, Sioux City, Iowa, for appellees.
 PER CURIAM.
 
 
 1
 Appeal dismissed pursuant to stipulation of parties. D.C., 165 F.Supp. 335.